UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ADAM ROMANOWICZ,

Plaintiff,

v.

LEADERONE FINANCIAL
CORPORATION and NICHOLAS HENRY
MAGIERA,

Defendants.

Case: 1:19-cv-

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff ADAM ROMANOWICZ by and through his undersigned counsel, brings this Complaint against Defendants LEADERONE FINANCIAL CORPORATION and NICHOLAS HENRY MAGIERA for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff ADAM ROMANOWICZ ("ROMANOWICZ"), brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Romanowicz's original copyrighted works of authorship.

2. Born and raised in Chicago, IL, Romanowicz always had a fascination with the artistic and abstract world. Childhood days were spent drawing, building models, and daydreaming of adventures in far off lands. While the real world grounds him in a career of engineering, daydreaming evolved into a passion for travel, outdoors, SCUBA diving, and other

exhilarating activities. These passions only reinforce Adam's love of photography, allowing him to show others the world through his eyes.

3. Adam's archival quality prints can be purchased directly from his fine art gallery at AdamRomanowicz.com, and can be printed on various fine art papers, canvas, and acrylic, framed or unframed. His images have been exhibited in galleries and juried shows around Chicagoland. In addition to fine art prints, Adam offers a large collection of editorial and commercial stock photography. Stock images are available for license on his award winning website, 3scape.com.

4. Defendant LEADERONE FINANCIAL CORPORATION ("LeaderOne") is a mortgage lending company.

5. Defendant NICHOLAS HENRY MAGIERA ("Magiera") is a mortgage loan originator licensed in the state of Illinois.

6. Defendants LeaderOne and Magiera are collectively referred to herein as "Defendants."

7. Romanowicz alleges that Defendants copied Romanowicz's copyrighted Work from the internet in order to advertise, market and promote their business activities. Defendants committed the violations alleged in connection with Defendants' businesses for purposes of advertising and promoting sales to the public in the course and scope of Defendants' businesses.

## JURISDICTION AND VENUE

8. This is an action arising under the Copyright Act, 17 U.S.C. § 101.

9. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

10. Defendants are subject to personal jurisdiction in Illinois.

11. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

12. LeaderOne Financial Corporation is a Kansas Corporation with its principal place of business at 7500 College Boulevard, Suite 1150, Overland Park, Kansas, 66210, and operating an office at 509 West Old Northwest Highway, #102, Barrington, Illinois, 60010, and can be served by serving its Registered Agent, Corporation Service Company, 801 Adlai Stevenson Dr, Springfield, Illinois, 62703.

13. Defendant Nicholas Henry Mageira is a licensed Mortgage Loan Originator, licensed in the state of Illinois, License number 031.0039574, and can be served at 509 West Old Northwest Highway, Suite 102, Barrington, Illinois, 60010.

## THE COPYRIGHTED WORK AT ISSUE

14. In 2003, Romanowicz created a photograph entitled "Des Plaines River, IL," which is shown below and referred to herein as the "Work".

3



15. Romanowicz registered the Work with the Register of Copyrights on April 1, 2017 and was assigned the registration number VA 2-050-311. The Certificate of Registration is attached hereto as Exhibit 1.

16. At all relevant times Romanowicz was the owner of the copyrighted Work at issue in this case.

**INFRINGEMENT BY DEFENDANTS**

17. Defendants have never been licensed to use the Work at issue in this action for any purpose.

18. On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendants copied the Work.

19. Defendants copied Romanowicz's copyrighted Work without Romanowicz's permission.

4

20. After Defendants copied the Work, they made further copies and distributed the Work on the internet to promote the sale of goods and services as part of their mortgage lending businesses.

21. Defendants copied and distributed Romanowicz's copyrighted Work in connection with Defendants' businesses for purposes of advertising and promoting Defendants' businesses, and in the course and scope of advertising and selling products and services.

22. Romanowicz's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

23. Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

24. Romanowicz never gave Defendants permission or authority to copy, distribute or display the Work at issue in this case.

25. Romanowicz notified Defendants of the allegations set forth herein on February 7, 2018. To date, the parties have failed to resolve this matter. A copy of the Notice to Defendants is attached hereto as Exhibit 3.

## COUNT I
## COPYRIGHT INFRINGEMENT

26. Plaintiff repleads and incorporates by reference each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

27. Romanowicz owns a valid copyright in the Work at issue in this case.

28. Romanowicz registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

29. Defendants copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Romanowicz's authorization in violation of 17 U.S.C. § 501.

30. Defendants performed the acts alleged in the course and scope of its business activities.

31. Defendants' acts were willful.

32. Romanowicz has been damaged.

33. The harm caused to Romanowicz has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendants that:

a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendants be required to pay Plaintiff his actual damages and Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Defendants be required to account for all profits, income, receipts, or other benefits derived by Defendants as a result of their unlawful conduct;

e. Plaintiff be awarded prejudgment interest; and

f. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: March 6, 2019 Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt, Esq. (Bar No. 6207971)
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail: keith@vogtip.com

Yanling Jiang (Bar No. 6309336)
Yi Bu (Bar No. 6328713)
JiangIP LLC
233 South Wacker Dr., 84th Floor
Chicago, IL 60606
Telephone: 312-283-8091
Email: yanling@jiangip.com
Email: ybu@jiangip.com

*Attorneys for Plaintiff Adam Romanowicz*